IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE WALKER,

    Plaintiff,                                                   JUDGMENT IN A CIVIL CASE

v.                                                               13-cv-471-wmc

DR. STONE, DR. BLOOM, JANE/JOHN DOE,
KENOSHA COUNTY SHERIFF, KENOSHA
UNITED HOSPITAL ADMINISTRATOR,
DEPUTY COLLINS, FIVE JANE/JOHN DOE
DEPUTIES and FIVE
EMPLOYEES/CONTRACT WORKERS FROM
KENOSHA COUNTY CORRECTIONAL
HEALTH SERVICES,

    Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

      /s/                                                         7/31/2013

Peter Oppeneer, Clerk of Court                       Date